# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEVERLY WEATHERLY ) | CIVIL ACTION - LAW |
| Plaintiff ) | |
| ) | NO. 1:17-cv-01584-RJM |
| v. ) | |
| ) | |
| CREDIT COLLECTION SERVICES,) | |
| Defendant ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to pay its own costs, expense and attorney fees.

| | |
|---|---|
| */s/ Brian D. Tome* | */s/ W. Christopher Componovo* |
| Brian D. Tome, Esq. | W. Christopher Componovo, Esq. |
| REILLY, JANICZEK, MCDEVITT, | Kimmel & Silverman P.C. |
| HENRICH & CHOLDEN, P.C. | 501 Silverside Road, Suite 118 |
| Delle Donne Corporate Center | Wilmington, DE 19809 |
| 1013 Centre Road; Suite 210 | Phone: (302) 791-9373 |
| Wilmington, DE 19805 | Email: wcomponovo@lemonlaw.com |
| Phone: (302) 777-1700 | Attorney for Plaintiff |
| btome@rjm-law.com | |
| Attorney for Defendant | Date: April 15, 2019 |
| | |
| Date: April 15, 2019 | |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of April, 2019:

Brian D. Tome, Esq.
REILLY, JANICZEK, MCDEVITT, HENRICH & CHOLDEN, P.C.
Delle Donne Corporate Center
1013 Centre Road; Suite 210
Wilmington, DE 19805
Phone: (302) 777-1700
btome@rjm-law.com
Attorney for Defendant

/s/ W. Christopher Componovo
W. Christopher Componovo
Kimmel & Silverman P.C.
501 Silverside Road, Suite 118
Wilmington, DE 19809
Phone: (302) 791-9373
Email: wcomponovo@lemonlaw.com
Attorney for the Plaintiff