# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEVERLY WEATHERLY )<br>Plaintiff )<br>)<br>v. )<br>)<br>CREDIT COLLECTION SERVICES,)<br>Defendant )<br>_____ ) | CIVIL ACTION - LAW<br><br>NO. 1:17-cv-01584-RDM |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to pay its own costs, expense and attorney fees.

/s/ Brian D. Tome
Brian D. Tome, Esq.
REILLY, JANICZEK, MCDEVITT,
HENRICH & CHOLDEN, P.C.
Delle Donne Corporate Center
1013 Centre Road; Suite 210
Wilmington, DE 19805
Phone: (302) 777-1700
btome@rjm-law.com
Attorney for Defendant

Date: April 15, 2019

/s/ W. Christopher Componovo
W. Christopher Componovo, Esq.
Kimmel & Silverman P.C.
501 Silverside Road, Suite 118
Wilmington, DE 19809
Phone: (302) 791-9373
Email: wcomponovo@lemonlaw.com
Attorney for Plaintiff

Date: April 15, 2019

BY THE COURT:

_____